IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| JOSEPH and NANCEY HORONZY, Individually and in Their Capacity as Legal Guardians and Next Friends of J. W. H., a Minor Child, Under the age of Eighteen,<br><br>     Plaintiffs,<br><br>V.<br><br>CAPITOL PREFERRED INSURANCE COMPANY, INC.,<br><br>     Defendant. | Civil Action No. 4:14-cv-04470-RBH<br><br><br><br><br><br>**CONSENT ORDER STAYING CASE** |

This matter came before the Court in a telephonic conference requested by the parties on December 1, 2015, regarding various discovery and scheduling issues. During the course of this conference, a stay of the action was proposed to allow the parties to address certain issues regarding the potential scope and extent of repair of Plaintiff's home. As a result, the following has been agreed upon by the parties:

1. This action will be stayed for six (6) months from the date of entry of this Order. The purpose of the stay is to allow the parties explore the potential scope and repair of Plaintiff's home, and the parties hereby agree to work together to that end during the stay.

2. Discovery may continue by agreement of the parties during the stay, and the parties are encouraged to participate in same.

3. At the expiration of the six (6) month stay, the Clerk shall lift the stay, or the parties may lift the stay by consent at any time prior.

4. After the stay expires or is so lifted, a new discovery conference shall occur with the Court and a new scheduling order will be issued governing the case through trial.

AND IT IS SO ORDERED.

      [SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| December 14, 2015 | s/ R. Bryan Harwell |
| Florence, South Carolina | R. Bryan Harwell |
| | United States District Judge |

WE CONSENT

/s/ Richard C. Burke_____
Richard C. Burke
Burke Law Firm, LLC
Fed. ID No.: 7247
rcb@burkelawsc.com
Post Office Box 2109
Mt. Pleasant, SC  29465

Attorney for Defendant Capitol Preferred Insurance Company, Inc.

Mt. Pleasant, South Carolina
December 9, 2015

/s/ Randall K. Mullins
Randall K. Mullins          Fed. ID#: 3607
Jarrod E. Ownbey          Fed. ID#: 10519
MULLINS LAW FIRM, P.A.
PO Box 585
N. Myrtle Beach, SC  29597
Phone:          (843) 272-8902
Facsimile:     (843) 272-3075
Email:          mullinslawfirm@aol.com

ATTORNEYS FOR PLAINTIFFS

Dated: December 9, 2015
N. Myrtle Beach, South Carolina